IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
APR 20 2022
By
JAMIE GIANI, Clerk
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:22-CR-500 32 -001 – 003 |
| | ) |
| VS. | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(B)(vi) |
| | ) 21 U.S.C. § 846 |
| MARCHELLO OLIVER -001 | ) 18 U.S.C. § 922(g)(1) |
| ETHAN DRISKILL - 002 | ) 18 U.S.C. § 924(a)(2) |
| AMBER ADAIR - 003 | ) 18 U.S.C. § 924(c)(1)(A)(i) |

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about January 1, 2022, to on or about February 12, 2022, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendants, **MARCHELLO OLIVER, ETHAN DRISKILL, AND AMBER ADAIR**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT TWO

On or about February 10, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **ETHAN DRISKILL**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about February 12, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **ETHAN DRISKILL**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about February 12, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **ETHAN DRISKILL**, knowingly and intentionally possessed with the intent to distribute more than 40 grams of a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT FIVE

On or about February 12, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **ETHAN DRISKILL**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Delivery of a Controlled Substance and Possession with the Intent to Distribute a Controlled Substance, as charged in Counts Three and Four of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIX

On or about February 12, 2022, in the Western District of Arkansas, Fayetteville Division, the Defendant, **ETHAN DRISKILL**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely one or more of the following: a Rock River Arms AR-15, serial number CM273121 and a Gecado .22 caliber pistol, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

On or about March 7, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARCHELLO OLIVER**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about March 9, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARCHELLO OLIVER**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about March 25, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARCHELLO OLIVER**, knowingly and intentionally possessed with the intent

to distribute more than 40 grams of a mixture or substance that contained Fentanyl, (N-phenyl-N-[1-(2 phenylethyl) -4-piperdinyl ] propanamide), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT TEN

On or about March 25, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARCHELLO OLIVER**, knowingly and intentionally possessed with the intent to distribute, namely, a mixture or substance that contained Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT ELEVEN

On or about March 25, 2022, in the Western District of Arkansas, Fayetteville Division, the defendant, **MARCHELLO OLIVER**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of a Controlled Substance with Intent to Distribute, as charged in Counts Nine and Ten of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT TWELVE

On or about March 25, 2022, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MARCHELLO OLIVER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically a Hi-Point 9mm, serial number P1975008, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
Dustin S Roberts
Assistant United States Attorney
Arkansas Bar Number 2005185
414 Parker Avenue
Fort Smith, AR  72901
Phone: (479) 783-5125